■

157 A.3d 809

**IN RE: J.J. and T.S.**

**Pet. Docket No. 566, Sept.Term, 2016**

Court of Appeals of Maryland.

April 4, 2017

Reported below: 231 Md.App. 304, 150 A.3d 360.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 5, Sept. Term, 2017.

■

157 A.3d 809

**JOHNSON, Martaz**

v.

**STATE of Maryland**

**Pet. Docket No. 587, Sept.Term, 2016**

Court of Appeals of Maryland.

April 4, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1533 & 1883, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition-both granted. Transferred to the regular docket as No. 6, Sept. Term, 2017.